Thank you. All right. Good morning, Ms. Wright. You waited a long time. I did. So as you can see, your appellee is on submission, so you have five minutes, and you can begin whenever you're ready. Okay. First, Your Honor, hello, Your Honor. First, I want to admit I am not a lawyer. Okay? So 100 percent, the terminology and the things that it entails for me to win this case, I would not know because, again, I am not a lawyer. So what I'm going to do is base my appeal on facts and the fact that you guys are, the three of you, seem to the point knowledgeable and you ask questions. So basically, the documents that I presented to this case, I sent documents of every time I went to the bank, which was 9 out of 10 times on payday, going to the safe deposit box, which is on camera in the bank. So these are facts. Every time I went to the bank, they're not knowing what I put in my safe deposit box is fine. I wasn't aware that you couldn't put money in the safe deposit box. I never received a copy of the safe deposit box rules and regulations. Can I ask, did your lawyer see that form? You had a lawyer in the beginning. I had a lawyer in the beginning. In the beginning, did your lawyer see the form that said that you were not supposed to keep money there? We never received, I never received the written, where I signed. I never received, I never saw it. I don't think she ever saw it. Okay, she never saw it. Okay, did you talk to your lawyer about what Ms. Henry explained to you? Or why don't you explain to us what you believe Ms. Henry's role in this? Well, what Ms. Henry told me when I went to the bank was that I had to open the safe deposit box and that she would have me sign some documents and I would be able to keep my belongings in the box. So she was aware that I had money in the box because she was the one who told me not to make it aware to anyone else that I have money in the box. So not knowing that I couldn't keep money in the box, I asked, like, why can I not keep my money in the box? And she just said that for the fact that if you have money in the box, they might not let you keep it in it. Why? So she never explained that to me. Henry and I have became friends over a period of time. Okay, did you tell your lawyer about what Ms. Henry told you? It's all, yes, Your Honor, it's all documented. And so your lawyer did not raise any of your conversation. So in your complaint, there's nothing about Ms. Henry in your complaint? This complaint. No, ma'am. You have the complaint that you made with the lawyer beforehand. This is the way that you explain the appeal. So right now, one of the, we are not in a position where we're supposed to consider what you just told us about Ms. Henry. And so what I'm trying to figure out is, did your lawyer know in your first instance, the lawyer that you had, did they, did your lawyer know about Ms. Henry and what Ms. Henry told you? Yes. Okay. So I'm getting from you that you want me to stick to the point of TD Bank opposed to Chastity Henry. Yes. Okay. So I'm basing that on the cameras. When you go into a bank, there's cameras. So every time they said that they were not familiar with what I'm putting into my safe deposit box, which is fine. But for the two years straight, every time I went to the bank, nine out of ten times that I went to the bank, I went straight to my safe deposit box on payday. Okay? Now, Ms. Henry, okay, I cannot bring her up. Going to the safe deposit box on payday, what does that tell you over a period of years? So now the bank offered me a settlement. So my thing is that if the bank offered me a settlement, there must be something amiss. Again, I am not a lawyer. I'm not familiar with the terminology. But I am a college graduate in a whole other area. The money was missing. Did you ask the bank to look at their camera footage? Yes. I asked the bank to look at the cameras. I sent that. What did they say? Excuse me? What did they say? The bank told me that they looked at the cameras and they see us. They see Ms. Henry and I going to the back. They see all of this is in. I thought you guys had this before you. They have the cameras. They looked at the cameras. I even have phone calls that I receive from the bank from, I believe, a security guy telling me that we do see you. They have all of this in writing. They see me and Ms. Henry going in the back. They see me coming into the bank. I made a notation every time I went to the bank. I made a notation. I sent it to them for like two years. I sent all of that information to them. They have no way of knowing what you're putting in, whether you're putting cash in or not. Exactly. So when they asked me what was I putting in, my safe deposit box, I kept a copy of what I put in the safe deposit box. I kept a copy at home. So for two years, every day that I went to the bank coincided with the days that I got paid. So they didn't know. Of course they didn't know. But I didn't know I was supposed to keep money in the bank. The only reason why, I mean, in the box, the only reason why I kept money in the box is because that scandal that we had where the banks, people were missing money out their bank accounts, if you guys remember. So I said I'm not putting it in the bank because I don't want that to happen to me. So I stopped putting it in the box. So we have the camera. We have on the bank, I would go to the bank and they would count my money in the bank. I would check it every other month, the amount of money that I have in the bank. They would take the money, they would go behind the counter and they would count it. I cannot see. And it was always one particular supervisor that I saw that would go and count the money and I would tell her what I had and she would say, yes, it's accurate. Put it back and I would put it back in the safe deposit box. Why would I question my money in a bank, in a deposit box, in a safe? So I'm assuming that everything is fine. Everything that you guys, everything that I said here in regards to this, we have the pictures. We have the ‑‑ I'm a little confused. You said before you didn't sign the agreement, but when you were speaking to the district court, nobody raised this issue that you didn't sign the rental agreement. I didn't receive an agreement. They give you an agreement when you sign a safe deposit box. I did sign something, but I never received a copy of it. So I'm not going to say, my issue here is Is it possible your lawyer has a copy of it? If she had a copy, she would have told me because I asked her, I was basing it on, do you have a copy of this? I never got a copy of it. And if she did have it, that's something that I would assume she would have brought up. All right. All right. We understand the argument. We appreciate you coming in today. Thanks so much. Thank you very much. I'm just asking that you guys consider the situation and all the proof that we have just to give me a shot. Win, lose, or draw. That way I can just go to court. If I lose, I lose. If I win, I win. But you have documentation. All right. Thank you. Thank you so much. All right. That completes the business.